1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | 2:14-CR-00066-JAM

12 |         Plaintiff,                |
                                       | PRELIMINARY ORDER OF
13 |     v.                            | FORFEITURE

14 | JASON MICHAEL CARLSEN,            |

15 |         Defendant.                |

16

17      Based upon the plea agreement entered into between plaintiff United States of
18 America and defendant Jason Michael Carlsen it is hereby ORDERED, ADJUDGED
19 AND DECREED as follows:
20      1.     Pursuant to 18 U.S.C. § 2253, defendant Jason Michael Carlsen's interest
21 in the following property shall be condemned and forfeited to the United States of
22 America, to be disposed of according to law:
23         a.  Samsung Galaxy S2 cell phone, model number SPH-D710, DEC#:
               268435461703845227.
24             .
25      2.     The above-listed property was used or intended to be used to commit or to
26 promote the commission of violation of 18 U.S.C. § 2252(a)(4)(B).
27      3.     Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be
28 authorized to seize the above-listed property. The aforementioned property shall be

1

seized and held by the U.S. Marshals Service, in its secure custody and control.

4.  a.  Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site [www.forfeiture.gov](www.forfeiture.gov).  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b.  This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from the receipt of direct written notice, whichever is earlier.

5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all interests will be addressed.

SO ORDERED this 19th day of May, 2014.

/s/ JOHN A. MENDEZ

_____
JOHN A. MENDEZ
United States District Judge