HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel:  916-498-5700
Fax: 916-498-5710
Linda_allison@fd.org

Attorney for Defendant
JASON M. CARLSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON M. CARLSEN,<br><br>Defendant. | Case No.  2:14-cr-00066-JAM<br>              2:22-cr-00217-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING AND STATUS CONFERENCE AND EXCLUDE TIME** |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Nicholas Fogg, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Linda Allison, attorney for defendant Jason Carlsen, that the Admit/Deny Hearing and the Status Conference currently set for December 13, 2022 be continued to January 31, 2023 at 9:00 am and exclude time under Local Code T4.

The parties agree and stipulate, and request that the Court find the following:

a. Defense counsel requests additional time to conduct further investigation, to review discovery, and otherwise prepare for trial.

b. Defense counsel believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Designation of Counsel

1       c.     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      d.     For the purposed of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 13, 2022 to January 31, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: December 5, 2022               Respectfully submitted,

                                                  HEATHER E. WILLIAMS
                                                  Federal Defender

                                                  */s/ Linda Allison*
                                                  LINDA ALLISON
                                                  Assistant Federal Defender
                                                  Attorney for JASON M. CARLSEN

Dated: December 5, 2022               PHILLIP A. TALBERT
                                                  United States Attorney

                                                  */s/ Nicholas Fogg*
                                                  NICHOLAS FOGG
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED that the status conference and Admit/Deny hearing set for December 13, 2022 at 9:00 a.m. be continued to January 31, 2023 at 9:00 a.m.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order though January 31, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A), (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at both parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  December 8, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE