HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel:  916-498-5700
Fax: 916-498-5710
Linda_allison@fd.org

Attorney for Defendant
JASON M. CARLSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:14-cr-00066-JAM |
| --- | --- | --- |
| Plaintiff, | ) | 2:22-cr-00217-JAM |
| vs. | ) | **STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING AND STATUS CONFERENCE AND EXCLUDE TIME** |
| JASON M. CARLSEN, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Nicholas Fogg, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Linda Allison, attorney for defendant Jason Carlsen, that the Admit/Deny Hearing and the Status Conference currently set for January 31, 2023 be continued to February 14, 2023 at 9:00 am and exclude time under Local Code T4.

The parties agree and stipulate, and request that the Court find the following:

a. Counsel are currently in negotiations to resolve this matter. Defense counsel requests additional time to review plea agreement with her client.

b. Defense counsel believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      c.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      d.    For the purposed of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 31, 2023 to February 14, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: January 19, 2023                      Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Defender

                                                */s/ Linda Allison*
                                                LINDA ALLISON
                                                Assistant Federal Defender
                                                Attorney for JASON M. CARLSEN

Dated: January 19, 2023                      PHILLIP A. TALBERT
                                                United States Attorney

                                                */s/ Nicholas Fogg*
                                                NICHOLAS FOGG
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED that the status conference and Admit/Deny hearing set for January 31, 2023 at 9:00 a.m. be continued to February 14, 2023 at 9:00 a.m.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order though February 14, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A), (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at both parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: January 19, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE